JET/JSK: OCT. 2019
GJ#4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| DALE ALLEN PAINE | ) |

## <u>INDICTMENT</u>

**<u>COUNT ONE</u>: [18 U.S.C. § 2261A(2)(B)]**

The Grand Jury charges that:

From on or about February 25, 2018, until on or about March 18, 2018, in Jefferson County and Shelby County, within the Northern District of Alabama, the defendant,

**DALE ALLEN PAINE**,

with the intent to harass, intimidate, and place under surveillance with intent to harass and intimidate another person, to wit: P.B. and others, did use an electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to such person, in violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT TWO: [18 U.S.C. § 2261A(2)(B)]

The Grand Jury charges that:

On or about September 26, 2018, in Jefferson County, within the Northern District of Alabama, and elsewhere, the defendant,

**DALE ALLEN PAINE**,

with the intent to harass, intimidate, and place under surveillance with intent to harass and intimidate another person, to wit: employees of the Alachua County Sheriff's Office, did use an electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to such person, in violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL

*/s/ electronic signature*
FOREPERSON OF THE GRAND JURY

                                JAY E. TOWN
                                United States Attorney

                                */s/ electronic signature*
                                JONATHAN S. KEIM
                                Assistant United States Attorney